UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 15-6229-VALLE

UNITED STATES OF AMERICA,
        Plaintiff,

vs.

JOSE NIEVES, JR.,
        Defendant,
_____/

### ORDER ON PARTIAL INDIGENCY FOR APPOINTMENT OF COUNSEL AND DISTRIBUTION OF AVAILABLE FUNDS

THIS CAUSE having come before the Court on request of the Defendant for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. Section 3006A, and the Court having found after hearing that private funds are available for payment by the Defendant for partial reimbursement for the cost of such services, it is hereby,

ORDERED AND ADJUDGED that the above named Defendant shall pay the sum of **$2000.00** on or before **September 2, 2015**, to the Clerk of Court for deposit in the Treasury as reimbursement to the appropriation current at the time of payment, pursuant to 18 U.S.C. 3006A(f). Unless such payment is made on or before the above stated date the Court may terminate the appointment of counsel as the interest of justice may dictate, 18 U.S.C. Section 3006A(C). It is further ORDERED that a **status conference on reimbursement will be held on September 14, 2015, at 11:00** a.m. before the undersigned. This hearing may be cancelled upon advance notification to the Magistrate's Courtroom Deputy that payment has been met. If no notification has been made, both defense counsel and defendant are required at the hearing.

DONE AND ORDERED at Ft. Lauderdale, Florida this 2nd day of June, 2015.

                                            _____
cc: All parties of record                ALICIA O. VALLE
                                                  UNITED STATES MAGISTRATE JUDGE